**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                       **CRIMINAL ACTION NO. 2:08CR058-P-S**

**DAVID WALLACE GARRISON,**                  **DEFENDANT.**

## ORDER

These matters came before the court upon the defendant's four motions *in limine* filed on July 26 and 27, 2008 prior to trial of this matter which began on July 28, 2008 and ended with a jury verdict of guilty on all counts on July 30, 2008. After consideration of the motions during trial, the court in effect granted the first motion *in limine* by allowing defense counsel to voir dire the Government's expert, Keith Haney. The court during trial denied the third and fourth motions *in limine*. With regard to the second motion *in limine* for early release of Jencks materials, the court deems this motion moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's first motion *in limine* for an evidentiary hearing with respect to purported expert [12] was **GRANTED** during trial;

(2) Defendant's second motion *in limine* for early release of Jencks material [13] is **DENIED AS MOOT**;

(3) Defendant's third motion *in limine* to suppress mention of "phantom" materials was **DENIED** at trial; and

(4) Defendant's fourth motion *in limine* to challenge undisclosed expert testimony was

1

**DENIED** at trial.

      **SO ORDERED** this the 28th day of August, A.D., 2008.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE