IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO. 2:08CR58-WAP-DAS

DAVID WALLACE GARRISON

## **ORDER**

This matter is before the court on motion of defense counsel, Thomas C. Levidiotis, to withdraw as counsel and have Roy Percy substituted as sole defense counsel (# 36). After considering the matter, the court finds the motion to be well taken, and it shall be GRANTED.

SO ORDERED, this the 6th day of January 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE